IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYORGY MATRAI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JONI T. HIRAMOTO, et al.,<br><br>    Defendants. | Case No. 20-cv-05241-MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On August 12, 2020, plaintiff Gyorgy Matrai filed a "Motion for Preliminary Injunction." (See Doc. No. 8.) On August 26, 2020, the Court issued an order denying plaintiff's motion and directing him to show cause, in writing, why the Court should not abstain under the Younger doctrine and dismiss the above-titled action without prejudice. (See Doc. No. 10.) Thereafter, on September 9, 2020, plaintiff filed a response to the order to show cause and, in connection therewith, an Amended Complaint. (See Doc Nos. 11-13.)

In light of plaintiff's filing of the above-referenced amended pleading, in which he asserts a new cause of action (see Doc. No. 13), the Court hereby DISCHARGES its order to show cause. To the extent plaintiff, in said response, includes a request that the Court "reinstate" his "Motion for Preliminary Injunction" (see Doc. No. 11 at 15:24-26), however, such request is hereby DENIED, plaintiff having failed to make the requisite showing under the Civil Local Rules of this District, see Civil L.R. 7-9, or to cite any other authority in support of such request.

**IT IS SO ORDERED.**

Dated: September 14, 2020

MAXINE M. CHESNEY
United States District Judge